```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                 Criminal No. 04-484 (RHK)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | PRELIMINARY |
| v. | ) | ORDER OF FORFEITURE |
| | ) | |
| DANIEL VEAR MARKEE, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Daniel Vear Markee; on the Court having found that the defendant's right, title and interest in and to certain property is subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a); and on the Court's determination that, based on the Plea Agreement entered into by the defendant and based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the defendant has plead guilty,

IT IS HEREBY ORDERED that:

1. all of the defendant's right, title and interest in and to the following property:

       a.  1 Dell monitor, serial number 8107085;

       b.  1 Dell keyboard

       c.  1 Dell hard drive, Dimension Model XPS-T500;

      d.   1 Hewlett-Packard printer;

      e.   1 Hewlett-Packard printer, Model 832C;

      f.   1 Hewlett-Packard scanjet;

      g.   1 Iomega Zip, serial number P7DW499439;

      h.   1 Logitech computer video camera; and

      i.   all computer discs seized, which includes 30 floppy discs, 2 zip discs, and 5 compact discs

is forfeited to the United States pursuant to Title 18, United States Code, Section 2253(a).

2. the Attorney General or his authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

3.  the United States shall, pursuant to 18 U.S.C. § 2253(m)(1), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

4.  pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

5. following the Court's disposition of all petitions filed pursuant to 18 U.S.C. § 2253(m)(2) or, if no petitions are filed, following the expiration of the time period specified

within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

    6.  the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).

Dated: 8/15/05                                <u>s/Richard H. Kyle</u>

                                              RICHARD H. KYLE, Judge
                                              United States District Court